THE PEOPLE'S BANK OF BUFFALO, Appellant, *v.* GEORGIE L. CUSHMAN, Respondent, Impleaded with Another.

*People's Bank of Buffalo* v. *Cushman,* 109 App. Div. 349, affirmed.
(Argued December 12, 1906; decided January 8, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 22, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at an Equity Term in an action to subject the proceeds of certain life insurance policies to the payment of a judgment recovered against the beneficiary.

*Lyman M. Bass* for appellant.

*Vernon Cole* and *Moses Shire* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.